# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SERNA, | NO. CV 07-2603-DDP (MAN) |
|     Petitioner, | |
| v. | JUDGMENT |
| LEE ANN CHROMES, WARDEN, | |
|     Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   November 8, 2013  .

                                             DEAN D. PREGERSON
                                      UNITED STATES DISTRICT JUDGE